UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF<br><br>NEW YORKER S.H.K. JEANS GMBH & CO. KG<br><br>                    Applicant,<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING | Case No.: 4:24-mc-80294-HSG<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER SETTING FURTHER PROCEEDINGS** |

New Yorker S.H.K. Jeans GMBH & Co. KG ("New Yorker") has applied *ex parte* for an order granting discovery pursuant to 28 U.S.C. §1782 in the form of a subpoena directed to Levi Strauss & Co. ("LS&Co.") for use in Germany in a pending proceeding between the parties in Kiel, Germany.

The parties have met and conferred and plan to meet and confer again after LS&Co. has a chance to meet with its German counsel.

GOOD CAUSE APPEARING, it is ordered that the parties shall, on or before January 17, 2025, submit a proposed order either (i) resolving the application; or (ii) setting a briefing schedule for resolving the application.

|   |   |
|---|---|
| 1 |   |
| 2 | **IT IS SO ORDERED.** |
| 3 | Dated: 1/8/2025 |
| 4 |   |
| 5 | _____<br>Hon. Haywood S. Gilliam, Jr. |
| 6 | United States District Judge |