| | |
|---|---|
| KENNETH R. O'ROURKE<br>  State Bar No. 120144<br>JEFFREY J. VANHOOREWEGHE<br>  State Bar No. 313371<br>CATHERINE A. PETERSON<br>  State Bar No. 341924<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower #3300<br>San Francisco, California 94105<br>Telephone: (415) 947-2000<br>Email:   korourke@wsgr.com<br>          jvanhooreweghe@wsgr.com<br>          cpeterson@wsgr.com | GREGORY S. GILCHRIST<br>  State Bar. No. 111536<br>RYAN BRICKER<br>  State Bar No. 269100<br>SOPHY J. TABANDEH<br>  State Bar No. 287583<br>KOURTNEY SPEER<br>  State Bar No. 348243<br>VERSO LAW GROUP LLP<br>565 Commercial Street, 4th Fl.<br>San Francisco, CA 94111<br>Telephone: (415) 534-0495<br>Email: greg.gilchrist@versolaw.com<br>        ryan.bricker@versolaw.com<br>        sophy.tabandeh@versolaw.com<br>        kourtney.speer@versolaw.com |
| *Attorneys for Applicant*<br>*New Yorker S.H.K. Jeans GmbH & Co. KG* | *Attorneys for Respondent*<br>*Levi Strauss & Co.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF<br><br>NEW YORKER S.H.K. JEANS GMBH & CO. KG<br><br>Applicant,<br><br>FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING, | Case No.: 4:24-mc-80294-HSG<br><br>**STIPULATION AND ORDER SETTING DISCOVERY BRIEFING SCHEDULE** |

Applicant New Yorker S.H.K. Jeans GmbH & Co. KG's ("New Yorker") and Respondent Levi Strauss & Co. ("Levi Strauss"), by and through their respective counsel, hereby submit this Stipulation for a briefing schedule on New Yorker's *ex parte* application for granting discovery pursuant to 28 U.S.C. § 1782 ("Application"). ECF 1.

1  WHEREAS, New Yorker seeks the production of "All Agreements entered into between
2  [Levi Strauss] and any other Person Concerning the Arcuate trademarks between January 1, 2001
3  and continuing to the present," as further defined in the form of Subpoena filed on December 2,
4  2024 [ECF 1-1] with New Yorker's *ex parte* Application for granting discovery pursuant to 28
5  U.S.C. § 1782, for use in a pending proceeding between the parties in Kiel, Germany;

6  WHEREAS, Levi Strauss filed an *ex parte* application for an order setting further
7  proceedings on January 3, 2025 [ECF 9], and New Yorker filed a non-opposition to Levi Strauss's
8  application on January 7, 2025 [ECF 10];

9  WHEREAS, the Court granted Levi Strauss's application for an order setting further
10 proceedings on January 8, 2025, directing the parties to submit a proposed order either resolving the
11 New Yorker Application or setting a briefing schedule for resolving it [ECF 11];

12 WHEREAS, the parties met and conferred on December 20, 2024, January 3, 2025, and
13 January 10, 2025, regarding New Yorker's request for production of the Arcuate agreements and
14 the course of these proceedings;

15 WHEREAS, the parties have been unable to come to agreement to date for a variety of
16 reasons that will be addressed in their forthcoming briefs;

17 THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, by
18 and through their counsel of record, that the following briefing schedule for resolving New
19 Yorker's request for production of the agreements is:

20

21
| Date | Event |
|---|---|
| January 24, 2025 | Levi Strauss shall file its opposition to New Yorker's Application. |
| February 7, 2025 | New Yorker shall file its reply to Levi Strauss' opposition. |
| March 13, 2025 | Hearing |

27
28

| | | |
|---|---|---|
| 1 | Dated: January 16, 2025 | Respectfully submitted, |
| 2 | By: /s/ *Kenneth R. O'Rourke* | By: /s/ *Gregory S. Gilchrist* |
| | Kenneth R. O'Rourke | Gregory S. Gilchrist |

KENNETH R. O'ROURKE  
   State Bar No. 120144  
JEFFREY J. VANHOOREWEGHE  
   State Bar No. 313371  
CATHERINE A. PETERSON  
   State Bar No. 341924  
WILSON SONSINI GOODRICH & ROSATI  
Professional Corporation  
One Market Plaza  
Spear Tower #3300  
San Francisco, California 94105  
Telephone: (415) 947-2000  
Email:    korourke@wsgr.com  
             jvanhooreweghe@wsgr.com  
             cpeterson@wsgr.com

GREGORY S. GILCHRIST  
   Cal. Bar. No. 111536  
RYAN BRICKER  
   Cal. Bar No. 269100  
SOPHY J. TABANDEH  
   Cal. Bar No. 287583  
KOURTNEY SPEER  
   Cal. Bar No. 348243  
VERSO LAW GROUP LLP  
565 Commercial Street, 4th Fl.  
San Francisco, CA 94111  
Telephone: (415) 534-0495  
Email: greg.gilchrist@versolaw.com  
          ryan.bricker@versolaw.com  
          sophy.tabandeh@versolaw.com  
          kourtney.speer@versolaw.com

*Attorneys for Applicant*  
*New Yorker S.H.K. Jeans GmbH & Co. KG*

*Attorneys for Respondent*  
*Levi Strauss & Co.*

### FILER'S ATTESTATION

I, Kenneth R. O'Rourke, attest that the other signatories, as indicated by a conformed signature (/s/) within this e-filed document, have concurred to its filing.

Dated: January 16, 2025        By: /s/ <u>Kenneth R. O'Rourke</u>  
                                                  Kenneth R. O'Rourke

1

**ORDER**

3  **For Good Cause, it is So Ordered.**

Dated: 1/17/2025

_____
Hon. Haywood S. Gilliam Jr.
United States District Judge