KENNETH R. O'ROURKE, State Bar No. 120144
JEFFREY J. VANHOOREWEGHE, State Bar No. 313371
CATHERINE A. PETERSON, State Bar No. 341924
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower #3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile:  (866) 974-7329
Email:      korourke@wsgr.com
Email:      jvanhooreweghe@wsgr.com
Email:      cpeterson@wsgr.com

*Attorneys for Applicant*
*New Yorker S.H.K. Jeans GmbH & Co. KG*

GREGORY S. GILCHRIST, State Bar No. 111536
RYAN BRICKER, State Bar No. 269100
SOPHY J. TABANDEH, State Bar No. 287583
KOURTNEY SPEER, State Bar No. 348243
VERSO LAW GROUP LLP
565 Commercial Street, 4th Fl.
San Francisco, CA 94111
Telephone: (415) 534-0495
Email: greg.gilchrist@versolaw.com
       ryan.bricker@versolaw.com
       sophy.tabandeh@versolaw.com
       kourtney.speer@versolaw.com

*Attorneys for Respondent*
*Levi Strauss & Co.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| *IN RE EX PARTE* APPLICATION OF | Case No.: 4:24-mc-80294 HSG |
| NEW YORKER S.H.K. JEANS GMBH & CO. KG | Assigned to: Hon. Haywood S. Gilliam, Jr. United States District Judge |
| Applicant, | |
| FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING, | **JOINT STIPULATION OF VOLUNTARY DISMISSAL AND ORDER (as modified)** |

STIPULATION OF VOLUNTARY
DISMISSAL AND ORDER

CASE NO.:  4:24-mc-80294 HSG

Applicant New Yorker S.H.K. Jeans GMBH & Co. KG ("New Yorker") and Respondent Levi Strauss & Co. ("Levi Strauss") (collectively, the "Parties") hereby stipulate as follows, by and through their counsel of record:

WHEREAS, the Parties to the underlying foreign dispute in Kiel, Germany (namely, New Yorker and Levi Strauss) for which the underlying 28 U.S.C. Section 1782 application for discovery (filed December 2, 2024) was sought and where ostensibly the discovery was to be used (the "German Proceeding"), have reached a global resolution of their disputes such that the German Proceeding, among others, is to be terminated;

WHEREAS, with termination of the German Proceeding, the specified foreign action for which the discovery sought by this Section 1782 application will no longer exist;

THEREFORE, the Parties stipulate to the voluntary withdrawal and dismissal of this action, with both Parties to bear their own fees and costs.

SO STIPULATED.

Dated: February 11, 2026

                                        Respectfully submitted,

By: /s/ Kenneth R. O'Rourke            By: /s/ Gregory S. Gilchrist
    Kenneth R. O'Rourke                    Gregory S. Gilchrist

KENNETH R. O'ROURKE                    GREGORY S. GILCHRIST
  State Bar No. 120144                    Cal. Bar. No. 111536
JEFFREY J. VANHOOREWEGHE               RYAN BRICKER
  State Bar No. 313371                    Cal. Bar No. 269100
CATHERINE A. PETERSON                  SOPHY J. TABANDEH
  State Bar No. 341924                    Cal. Bar No. 287583
WILSON SONSINI GOODRICH & ROSATI       KOURTNEY SPEER
Professional Corporation                  Cal. Bar No. 348243
One Market Plaza                       VERSO LAW GROUP LLP
Spear Tower #3300                      565 Commercial Street, 4th Fl.
San Francisco, California 94105        San Francisco, CA 94111
Telephone: (415) 947-2000             Telephone: (415) 534-0495
Email:    korourke@wsgr.com           Email: greg.gilchrist@versolaw.com
          jvanhooreweghe@wsgr.com            ryan.bricker@versolaw.com
          cpeterson@wsgr.com                 sophy.tabandeh@versolaw.com
                                             kourtney.speer@versolaw.com

*Attorneys for Applicant*               *Attorneys for Respondent*
*New Yorker S.H.K. Jeans GmbH & Co. KG*  *Levi Strauss & Co.*

**FILER'S ATTESTATION**

I, Kenneth R. O'Rourke, attest that the other signatories, as indicated by a conformed signature (/s/) within this e-filed document, have concurred to its filing.

Dated: February 11, 2026              By: /s/ *Kenneth R. O'Rourke*
                                          Kenneth R. O'Rourke

STIPULATION OF VOLUNTARY
DISMISSAL AND ORDER                    2                    CASE NO.: 4:24-mc-80294 HSG

**ORDER**

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE, IT IS SO ORDERED. The Court dismisses this matter forthwith. The Clerk of the Court is directed to close the case. The Parties shall bear their own fees and costs.

Dated: 2/12/2026

Hon. Haywood S. Gilliam Jr.
United States District Judge